UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - CVB TRIAL

CASE No. 2:22-cr-00434-LAL     TAPE No. N/A     DATE: 05/16/2023

PRESENT: THE HONORABLE  Louise A. LaMothe , U.S. MAGISTRATE JUDGE

| Terry R. Baker | CS 05/16/2023 | Sarah S. Lee and Gregory A. Lesser |
|---|---|---|
| Deputy Clerk | Court Recorder/Reporter | Assistant U.S. Attorney |

| USA v. | ATTORNEY(S) FOR DEFENDANTS: |
|---|---|
| (1) David A. Archer | (1) Daniel Natal and Laura M. Lopez ( Public Interest Fellow ) |
| X  Present _____ Custody _____ Bond  X  Summons | X  Present _____ CJA _____ Retained  X  DFPD |

PROCEEDINGS: CVB TRIAL

☑ COURT TRIAL.   1   day.    ☑ Case continued to  05/17/2023  at  10:00 a.m.
                                        a.m. / p.m. for further trial.

☑ Witness(es) sworn and testify.   ☑ Exhibits marked/admitted.   See separate list for witnesses and/or exhibits.

☐ Upon motion of the   ☐ government   ☐ defendant   ☐ Court's own motion:

   ☐ trial is re-set for _____ at _____ a.m./p.m. before Magistrate
      Judge _____ in courtroom _____.

   ☐ Court orders this case dismissed.

☐ Defendant informs Court that he/she requests a trial before a District Judge and refuses to consent to be tried by a    U.S.Magistrate Judge.  Defendant is advised that he/she will receive a notice from the Clerk to appear before the    District Judge.

☐ Motion for judgment of acquittal:  ☐ Granted    ☐ Denied    ☐ Submitted
☐ FINDING BY THE COURT:    ☐ Guilty as charged   ☐ Not Guilty
☐ Court SENTENCES defendant as follows:
☐ Defendant ordered to pay a fine of $_____ to   ☐ CVB   ☐ Clerk of Court.
   See separate Order For Payment of Fine.
☐ Court imposes $_____ mandatory special assessment.
☐ Defendant is placed on probation for _____ years / months.  See separate Judgment attached
☐ Defendant is committed to the custody of the Bureau of Prisons for _____ years / months. See separate Judgment attached.

☐ Defendant is ordered to complete traffic school on or before _____ or appear on _____ at _____ a.m./p.m. before this Court.

☐ Other _____

☑ Court sets sentencing on  05/17/2023  at  10:00  a.m./p.m.  ☐ PSI and report ordered.  ☐ Bond ordered exonerated.
☐ Bail set at $_____ P/R.   ☐ Defendant released. No. _____
☐ Court informs defendant of right to appeal.

cc: AUSA                                                         Initials of Deputy Clerk  TRB 3:44

M-72 (6/98)                    MINUTES - CVB TRIAL