# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - CVB TRIAL

CASE No. 2:22-cr-00434-LAL          TAPE No. N/A          DATE: 05/17/2023

PRESENT: THE HONORABLE   Louise A. LaMothe  , U.S. MAGISTRATE JUDGE

| Terry R. Baker | CS 05/17/2023 | Sarah S. Lee and Gregory A. Lesser |
|---|---|---|
| Deputy Clerk | Court Recorder/Reporter | Assistant U.S. Attorney |

USA v.
(1) David A. Archer
__X__ Present  _____ Custody  _____ Bond  __X__ Summons

ATTORNEY(S) FOR DEFENDANTS:
(1) Daniel Natal and Laura M. Lopez ( Public Interest Fellow )
__X__ Present  _____ CJA  _____ Retained  __X__ DFPD

PROCEEDINGS: CVB TRIAL

☑ COURT TRIAL.   __2__ day.   ☐ Case continued to _____ at _____
   a.m. / p.m. for further trial.

☐ Witness(es) sworn and testify.   ☐ Exhibits marked/admitted.   See separate list for witnesses and/or exhibits.

☐ Upon motion of the   ☐ government   ☐ defendant   ☐ Court's own motion:

   ☐ trial is re-set for _____ at _____ a.m./p.m. before Magistrate
   Judge _____ in courtroom _____.

   ☐ Court orders this case dismissed.

☐ Defendant informs Court that he/she requests a trial before a District Judge and refuses to consent to be tried by a   U.S.Magistrate Judge.  Defendant is advised that he/she will receive a notice from the Clerk to appear before the   District Judge.

☐ Motion for judgment of acquittal:   ☐ Granted   ☐ Denied   ☐ Submitted

☑ FINDING BY THE COURT:   ☐ Guilty as charged   ☑ Not Guilty

☐ Court SENTENCES defendant as follows:

☐ Defendant ordered to pay a fine of $_____ to   ☐ CVB   ☐ Clerk of Court.
   See separate Order For Payment of Fine.

☐ Court imposes $_____ mandatory special assessment.

☐ Defendant is placed on probation for _____ years / months.   See separate Judgment attached

☐ Defendant is committed to the custody of the Bureau of Prisons for _____ years / months.   See separate Judgment attached.

☐ Defendant is ordered to complete traffic school on or before _____ or appear on
   _____ at _____ a.m./p.m. before this Court.

☑ Other   Defense Counsel and Government Counsel present their closing arguments to the Court.

☐ Court sets sentencing on _____ at _____ a.m./p.m.   ☐ PSI and report ordered.   ☐ Bond ordered exonerated.

☐ Bail set at $_____ P/R.   ☐ Defendant released. No. _____

☐ Court informs defendant of right to appeal.

cc: AUSA                                                Initials of Deputy Clerk  TRB 1:07

M-72 (6/98)                    MINUTES - CVB TRIAL