AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FILED
CLERK, U.S. DISTRICT COURT
05/17/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TRB  DEPUTY

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

David A. Archer

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:22-cr-00434-LAL

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*[Signature: Louise A. LaMothe]*

Signature of Judge

| Louise A. LaMothe | US Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

5/17/2023

Date